# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alma Rosa Robles,<br><br>    Plaintiff,<br><br>v.<br><br>Liberty Life Assurance Company of Boston, et al.,<br><br>    Defendants. | **NO. CV-15-00160-TUC-DTF**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed July 8, 2016, which granted in part the Plaintiff's Motion for Summary Judgment, judgment is entered in favor of plaintiff and against defendants.

                                          Brian D. Karth
                                          District Court Executive/Clerk of Court

July 8, 2016

                                          s/ SIB
                                  By   Deputy Clerk